# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORIGIA
# ATLANTA DIVISION

CARLTON YOUNG

&

KEAMBI M. YOUNG

    Petitioner

VS.

FEDERAL CASE NO:

17V-CV-3625 AT

**GA/ATL PROPERTY MANAGEMENT LLC**

    *Respondent*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 06 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## MOTION TO RECONSIDER FINAL ORDER OF REMAND

Comes now petitioner in the Above Style Action And Moves This Honorable Court To Reconsider The Final Order Of A Man. This Motion Is Set For From The Following Grounds;

    The final order addressing order and recommendation was entered prior to a 28 U.S.C. 636 order and recommendation therefore the petitioner was not given 14 days to respond to an order in recommendation as required pursuant to 28 USC 636.

Wherefore petitioner demands the following relief

This honorable Court Grant the motion for reconsideration allowing the petitioner the 14 days to respond to order and recommendation as required pursuant to 28 USC 636

*[signature: Cathy Young]*

Petitioner

Pro se

IN UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORIGIA

ATLANTA DIVISION

## CERTIFICATE OF SERVICE

I certify that this pleading was served by US Mail of with adequate postage there upon the Appellee by mailing a true copy to the Attorney of record:

This _6th_ Day of _Oct_ 2017

_[signature]_
Appellant
Pro se

Gaatl Property Mgmt Llc

**(Plaintiff Pro Se)**
6251 Smithpointe Drive, Peachtree Corners, GA 30092.